IN THE SUPREME COURT OF THE STATE OF KANSAS

No. 119,198

In the Matter of LINDA S. DICKENS,
*Petitioner.*

ORDER OF REINSTATEMENT

On February 22, 2019, this court indefinitely suspended Linda S. Dickens' Kansas law license under Supreme Court Rule 225(a)(2) (2025 Kan. S. Ct. R. at 274) (formerly Rule 203). The court directed that Dickens would not be eligible for reinstatement for a minimum of three years from the date of the suspension. The court further instructed that Dickens must undergo a reinstatement hearing pursuant to Supreme Court Rule 232(e) (2025 Kan. S. Ct. R. at 287) (formerly Rule 219) before the court would consider any petition for reinstatement under Supreme Court Rule 232(b) (2025 Kan. S. Ct. R. at 286) (formerly Supreme Court Rule 219[d]). See *In re Dickens*, 309 Kan. 336, 367-68, 435 P.3d 21 (2019).

On November 14, 2023, Dickens filed a petition for reinstatement under Rule 232(b) (2023 Kan. S. Ct. R. at 293). Upon finding sufficient time had passed for reconsideration of the suspension, the court remanded the matter for further investigation by the Office of the Disciplinary Administrator (ODA) and a reinstatement hearing.

On February 18, 2025, a hearing panel of the Kansas Board for Discipline of Attorneys conducted a reinstatement hearing. In its Reinstatement Final Hearing Report, the hearing panel concludes Dickens presented clear and convincing evidence to show the factors in Rule 232(e)(4) weigh in favor of reinstatement. Accordingly, the panel recommends the court grant Dickens' petition and reinstate her law license.

1

The court accepts and adopts the findings of the hearing panel, grants Dickens' petition for reinstatement, and reinstates Dickens' Kansas law license.

The court orders Dickens to satisfy all administrative requirements for reinstatement, including the payment of all attorney registration fees to the Office of Judicial Administration (OJA) and the completion of all continuing legal education requirements. See Supreme Court Rule 812 (2025 Kan. S. Ct. R. at 601) (outlining CLE requirements following reinstatement). The court directs that once OJA receives proof of Dickens' completion of these conditions, OJA must add Dickens' name to the roster of attorneys actively engaged in the practice of law in Kansas.

Finally, the court orders the publication of this order in the official Kansas Reports and the assessment of all costs herein to Dickens.

Dated this 2nd day of June 2025.